785 S.E.2d 193

**Re: CLERKS OF COURT AND REGISTER OF DEEDS ADVISORY COMMITTEE.**

Supreme Court of South Carolina.

April 5, 2016.

## ADMINISTRATIVE ORDER

IT IS ORDERED THAT the Honorable Timothy Lee Nanney is hereby appointed to the Clerks of Court and Register of Deeds Advisory Committee, effective on the date of this order. Register Nanney will fill the vacancy that will be created as a result of the retirement of the Honorable Debra M. Gunter. Register Gunter will continue to serve on the committee until her retirement.

The following individuals continue to serve:

The Honorable Beulah G. Roberts, Chair

The Honorable Julie J. Armstrong

The Honorable Jackie S. Bowers

The Honorable Cheryl L. Graham

The Honorable Pat C. Grant

The Honorable David Hamilton

This Committee shall provide advice and recommendations regarding the improvement of the administration of the offices of Clerks of Court and Registers of Deeds in South Carolina.

AND IT IS SO ORDERED.

s/Costa M. Pleicones
Costa M. Pleicones
Chief Justice of South Carolina